# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED MARCH 20, 2025

---

### NO. 03-24-00695-CV

---

**In the interest of N. F. F. and G. G. F.**

---

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS
DISMISSED ON APPELLANT'S MOTION -- OPINION BY CHIEF JUSTICE BYRNE**

---

This is an appeal from the order signed by the trial court on September 10, 2024. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.